# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand and thirteen.

Before:     Susan L. Carney,
                  *Circuit Judge*.

_____

  Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje,

  Petitioners,

            v.                                    **ORDER**
                                                        Docket No. 13-772

  Chevron Corporation,

  Respondent.

_____

    The Petitioners move for expedited consideration of their petition for writ of mandamus filed on March 5, 2013.  IT IS HEREBY ORDERED that the motion to expedite is granted to the extent that the petition shall be submitted to a panel sitting during the month of May.

                                      For the Court:

                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

