# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand and thirteen.

Before:    Peter W. Hall,
                *Circuit Judge.*

_____

| | |
|---|---|
| Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, | |
|           Petitioners, | **ORDER**<br>Docket No. 13-772 |
| v. | |
| Chevron Corporation, | |
|           Respondent. | |

_____

    IT IS HEREBY ORDERED that the motion by Petitioner to supplement the record is GRANTED.

                          For the Court:

                          Catherine O'Hagan Wolfe,
                          Clerk of Court

