S.D.N.Y.–N.Y.C.
11-cv-691
Kaplan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand thirteen.

Present:
>   Ralph K. Winter,
>   Peter W. Hall,
>   Gerard E. Lynch,
>       *Circuit Judges.*

Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje,

          *Petitioners*,

      v.                                                                                          13-772

Chevron Corporation,

          *Respondent*,

Steven R. Donziger, The Law Offices of Steven R. Donziger, Donziger & Associates, PLLC,

          *Movants*.[*]

Petitioner, *pro se*, has filed a petition for a writ of mandamus. In addition, the Movants have filed a motion for leave to file joinder in the petition. Upon due consideration, it is hereby ORDERED that the motion for leave to file joinder is GRANTED. It is further ORDERED that the Respondent

---

[*] The Clerk of Court is directed to amend the official caption as shown above.

SAO-JM

is directed to respond to the petition with 30 days of this Order's entry. *See* Fed. R. App. P. 21(b)(1).

The Honorable Lewis A. Kaplan, United States District Judge, is respectfully invited to file a response on his own behalf within that same 30-day time period if he so chooses.

                                                FOR THE COURT:
                                                Catherine O'Hagan Wolfe, Clerk