# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-772

**Caption [use short title]**

**Motion for:** Extension of time; waiver of Rule 27.1(b)

Hugo Gerardo Camacho Naranjo, et ano.,

**Set forth below precise, complete statement of relief sought:**

1. Extension of time in which to file any response to petition until 14 days after filing of Chevron response

v

Chevron Corporation

2. Waiver of 2d Cir. Rule 27.1(b) re this motion

**MOVING PARTY:** Hon. Lewis A. Kaplan, District Judge
[ ] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

**OPPOSING PARTY:** Petitioners, Respondents

**MOVING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]
United States Courthouse
500 Pearl Street
New York, NY 10007
212-805-0216

**OPPOSING ATTORNEY:** list attached

RECEIVED 2013 JUN 14 AM CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER

**Court-Judge/Agency appealed from:** ____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [✓] No (explain): See memorandum

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [✓] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency: ____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date: ____

Signature of Moving Attorney: [signature]   Date: June 14, 2013   Service by: [ ] CM/ECF [✓] Other [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: ____   By: ____

Form T-1080 (rev. 7-12)

**Attachment to Form T-1080**

**Counsel for the Parties**

James E. Tyrrell
Direct: 973-848-5600
Patton Boggs LLP
1 Riverfront Plaza
Newark, NJ 07102

*Attorney for Petitioners*


Randy Michael Mastro
Direct: 212-351-4000
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

*Attorney for Respondent*


Jan Nielsen Little
Direct: 415-391-5400
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

*Attorney for Movant*

# No. 13-772

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

**HUGO GERARDO CAMACHO NARANJO, et ano.,**

Petitioners,

v.

**CHEVRON CORPORATION,**

Respondent,

**STEVEN R. DONZIGER, et al.,**

Movants.

**MEMORANDUM OF THE HONORABLE LEWIS A. KAPLAN, UNITED STATES DISTRICT JUDGE, IN SUPPORT OF MOTION FOR EXTENSION OF TIME AND RELATED RELIEF**

On June 13, 2013, this Court directed Chevron Corporation ("Chevron") and invited the district judge to respond to the petition within thirty days, the latter

2

only if the district judge elects to respond. The district judge hereby moves, pursuant to Fed. R. App. P. 26(b), to extend its time to respond to the petition, if it chooses to do so, until 14 days after the filing of Chevron's response for the reasons stated in paragraphs 1 and 2. He further moves for an order waiving the requirements of 2d Circuit Rule 27.1 (b) for the reasons stated in paragraph 3.

    1.    Knowledge of the specific content of Chevron's response would be helpful in determining whether to accept the invitation to respond. While counsel for ordinary litigants may share information as to the intended contents of their separate submissions to courts, the district judge declines to consult with Chevron, as he of course is presiding over litigation to which Chevron is a party.

    2.    Even if the district judge, following receipt of Chevron's response, ultimately were to accept this Court's invitation to respond, knowledge of the contents of Chevron's response would avoid needless duplication.

    3.    Rule 27.1(b) requires a motion to "state: (1) that the movant has notified opposing counsel, or why the movant was unable to do so; (2) opposing counsel's position on the relief requested; and (3) whether opposing counsel intends to file a response to the motion." The Rule, given its reference to "opposing counsel," is of debatable applicability to a motion by a judge afforded an opportunity to respond to a mandamus petition. In any case, the district judge has neither notified any party of nor sought any party's consent to this application. Seeking such consent from

3

litigants appearing before it would be inappropriate, particularly in light of the fact that "it is ordinarily undesirable to place the trial court judge, even temporarily, in an adversarial posture with a litigant."[1]  Accordingly, the district judge seeks a waiver of any such requirement imposed by Rule 27.1(b).

Dated:  June 14, 2013

                                             Respectfully submitted,

                                             _____

                                             Lewis A. Kaplan
                                             United States District Judge

---

[1] Advisory committee note to Fed. R. App. P. 21(b), 1996 amendments.

## Certificate of Service

STATE OF NEW YORK    )
                                            :
COUNTY OF NEW YORK  )

      I, Shawn G. Crowley, hereby declare under penalty of perjury that, on June 14, 2013, I served the attached motion and memorandum upon the persons listed on the attachment to Form T-1080 by depositing true copies thereof addressed to them at the addresses listed thereon in the United States mail, postage prepaid.

Dated: June 14, 2013