# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand thirteen.

Before: Peter W. Hall,
     *Circuit Judge.*

_____

Hugo Gerardo Camacho Naranjo,
Javier Piaguaje Payaguaje,

    Petitioners,

    v.

Chevron Corporation,

    Respondent,

Steven R. Donziger, The Law Offices of Steven R. Donziger,
Donziger & Associates, PLLC,

    Movants.

**ORDER**
Docket No. 13-772

_____

IT IS HEREBY ORDERED that the motion by Judge Lewis A. Kaplan to (1) extend the time to respond to the petition, if he chooses to do so, until 14 days after the filing of Chevron's response; and (2) for waiver of the requirement imposed by Local Rule 27.1(b) with respect to this motion is GRANTED.

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court