# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-772

**Caption [use short title]**

**Motion for:** Permission to file an oversized answer

In re Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje

Set forth below precise, complete statement of relief sought:

Chevron requests permission to file a 50-page answer to the petition for writ of mandamus.

**MOVING PARTY:** Chevron Corporation
☑ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**OPPOSING PARTY:** Naranjo, Payaguaje, Donziger

**MOVING ATTORNEY:** Randy M. Mastro
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000/rmastro@gibsondunn.com

**OPPOSING ATTORNEY:** James E. Tyrrell, Patton Boggs LLP
1185 Avenue of the Americas, 30th Floor, NY, NY 10036
(646) 557-5100/jtyrrell@pattonboggs.com
John Keker, Keker & Van Nest LLP, 633 Battery St.
San Francisco, CA | (415) 391-5400/jkeker@kvn.com

[name of attorney, with firm, address, phone number and e-mail]

**Court-Judge/Agency appealed from:** United States District Court, Southern District of New York - Hon. Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

Is oral argument on motion requested?   ☐ Yes   ☑ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
/s/ Randy M. Mastro   **Date:** 6/28/2013

Has service been effected?   ☑ Yes   ☐ No [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED   DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

**Form T-1080**