# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of July, two thousand and thirteen.

Before:    Peter W. Hall,
                *Circuit Judge*.

_____

Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje,

Petitioners,

v.

Chevron Corporation,

Respondent,

Steven R. Donziger, The Law Offices of Steven R. Donziger, Donziger & Associates, PLLC,

Movants.

_____

**ORDER**
Docket No. 13-772

The Court has before it Respondent Chevron's motion for permission to file a response to the petition for writ of mandamus of up to 50 pages in length.  The Court is aware that Petitioners oppose this motion.  One due consideration and in particular so the Respondent Chevron's answer will be timely filed, the motion for permission to file an enlarged answer of up to 50 pages in length is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

