**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 13-772

Caption [use short title]

Motion for: Extension of time to file

In Re: Hugo Gerardo Camacho Na

Set forth below precise, complete statement of relief sought:

The National Chamber Litigation Center requests a seven-day extension of the time to file a motion to appear as amicus curiae as set out in Federal Rule of Appellate Procedure 29(e).

MOVING PARTY: National Chamber Litigation Center    OPPOSING PARTY: Petitioners
☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Michael B. Mukasey    OPPOSING ATTORNEY: James E. Tyrrell
[name of attorney, with firm, address, phone number and e-mail]

Debevoise & Plimpton LLP
919 Third Ave
New York, NY 10022
(212) 909-6000; mbmukasey@debevoise.com

Patton Boggs LLP
1 Riverfront Plaza
Newark, NJ 07102
(973) 843-5600; jtyrrell@pattonboggs.com

Court-Judge/Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Signature of Moving Attorney: /s/    Date: July 11, 2013    Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]

---

**ORDER**

IT IS HEREBY ORDERED THAT the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

Form T-1080 (rev. 7-12)

# NO. 13-772

### UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

---

In re Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje,

       *Petitioners,*

    v.

Chevron Corporation,

       *Respondent,*

Steven R. Donziger, et al.,

       *Movants.*

---

### DECLARATION OF MICHAEL B. MUKASEY IN SUPPORT OF THE NATIONAL CHAMBER LITIGATION CENTER'S MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO PARTICIPATE AS *AMICUS CURIAE*

MICHAEL B. MUKASEY, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at Debevoise & Plimpton LLP and a member of the bar of this Court, counsel for the National Chamber Litigation Center (the "Chamber"). I am a member of the bar of the United States Court of Appeals for the Second Circuit. Pursuant to Federal Rule of Appellate Procedure ("FRAP") 29(b), the Chamber intends to move for leave to file as *amicus curiae* in support of Respondent's opposition to Petitioners' petition for a writ of mandamus and order of reassignment. I submit this declaration in support of the Chamber's request for a seven-day extension of the time to file set out in FRAP 29(e) for the reasons set forth below.

2. On June 13, 2013, this Court ordered Respondent to respond to the petition within 30 days. This Court also invited the Honorable Lewis A. Kaplan, United States District Judge, to file a response on his own behalf within that same time period. On June 14, 2013, the Honorable Lewis A. Kaplan requested this court to extend his time to respond to the petition until 14 days after the filing of Respondent's response. This Court granted the extension on June 17, 2013.

3. This Court is authorized to grant an extension of time to file as *amicus curiae* pursuant to FRAP 29(e). An extension is needed to allow the Chamber sufficient time to prepare its *amicus curiae* brief addressing the reassignment issue raised in Petitioners' petition. The seven-day extension requested would require the Chamber to make its amicus curiae submission within the same time allowed for the Honorable Lewis A. Kaplan's filing and, therefore, would not delay the proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 11, 2013

_____
Michael B. Mukasey
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836

*Attorney for Proposed Amicus Curiae
The National Chamber Litigation Center*