# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand and thirteen.

Before:    Peter W. Hall,
                    *Circuit Judge*.

_____

Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje,

Petitioners,

v.

Chevron Corporation,

Respondent,

Steven R. Donziger, The Law Offices of Steven R. Donziger, Donziger & Associates, PLLC,

Movants.

_____

**ORDER**
Docket No. 13-772

    IT IS HEREBY ORDERED that the National Chamber Litigation Center is GRANTED an extension until July 29, 2013 to file a motion to appear as *amicus curiae*.

                                For the Court**:**
                                Catherine O'Hagan Wolfe,
                                Clerk of Court

