**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
NEW YORK, NEW YORK 10007

LEWIS A. KAPLAN
DISTRICT JUDGE

RECEIVED
2013 JUL 23 PM 3:28
U.S. COURT OF APPEALS
SECOND CIRCUIT

July 23, 2013

Ms. Catherine O'Hagan Wolfe
Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

<u>Naranjo v. Chevron Corp.</u>, No. 13-772-cv

Dear Ms. Wolfe:

By order dated June 13, 2013, the Court invited the district judge to file a response to the petition if he so chooses.

In light of the record in the district court, including the opinions and rulings of the undersigned, and the papers filed in opposition to the petition, the district judge respectfully declines the Court's invitation with thanks. Kindly distribute copies of this letter to the members of the panel.

Respectfully submitted,

[signature]

cc:  All Counsel