## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In Re: Hugo Gerardo Camacho Na**  Docket No.: **13-772**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Michael B. Mukasey**

Firm: **Debevoise & Plimpton LLP**

Address: **919 Third Ave**

Telephone: **(212) 909-6000**     Fax: **(212) 909-6836**

E-mail: **mbmukasey@debevoise.com**

Appearance for: **The Chamber of Commerce of the United States of America/The National Chamber Litigation Center/Proposed Amicus Curiae**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Chevron Corporation/Respondent** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **August 31, 2009**     OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Michael B. Mukasey**