NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje    Docket No.: 13-772

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Theodore B. Olson

Firm: Gibson, Dunn & Crutcher LLP

Address: 1050 Connecticut Ave, N.W., Washington, DC 20036-5306

Telephone: 202-955-8668    Fax: 202-530-9575

E-mail: TOlson@gibsondunn.com

Appearance for: Chevron Corporation / Respondent
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Randy M. Mastro / Gibson, Dunn & Crutcher LLP)
(name/firm)

☐ Amicus (in support of : _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 15, 2009    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Theodore B. Olson

Type or Print Name: Theodore B. Olson