Randy M. Mastro
Direct: 212.351.3825
Fax: 212.351.5219
RMastro@gibsondunn.com

Client: T 19624-00020

September 18, 2013

VIA E-FILING AND HAND DELIVERY

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Naranjo v. Chevron Corp.*, No. 13-772-cv

Dear Ms. Wolfe:

  Pursuant to Rule 28(j), Chevron Corporation respectfully submits this letter to inform the Court of recent rulings pertinent to the pending writ petition.

  On August 22, the district court *sua sponte* denied a substantial portion of Chevron's renewed motion for summary judgment.  Ex. A (Dkt. 1362).[1]  As to Defendants' collateral estoppel defense premised on the Ecuadorian judgment, the court found that resolution of this defense was "thoroughly intertwined with Chevron's case on the merits," *id.* at 8, emphasized that trial will begin on October 15, and noted Chevron "already has had two bites at the summary judgment apple." *Id.* at 11–12 & n.31.  The court has now three times declined to grant summary judgment on Defendants' collateral estoppel defense based on the Ecuadorian judgment.

  The district court has issued several other rulings this month that collectively afford numerous accommodations to Defendants.  The court largely granted Defendants' request for a 30-day extension of various pre-trial deadlines.  Ex. B (Dkt. 1384).  It also *sua sponte* denied without prejudice the majority of Chevron's motions in limine, Ex. C (Dkt. 1420), and a portion of Chevron's motion to bifurcate the trial, Ex. D (Dkt. 1410).

---

[1] All "Dkt." references are to S.D.N.Y. docket in No. 11-691.

September 18, 2013

VIA E-FILING AND HAND DELIVERY

Page 2

      On September 9, in an order denying Defendants' motion to stay all proceedings pending this Court's ruling on the writ, the district court stated that Defendants have the "option" not to "press" their collateral estoppel defense at trial, and that Chevron's complaint "does not seek to have [the district court] 'set aside' the Judgment." Ex. E (Dkt. 1407) at 14, 15 n.50. And on September 17, the court denied Donziger's motion seeking a stay of all proceedings pending Chevron's determination as to whether to seek damages against Donziger at trial. Ex. F (Dkt. 1436).

      Finally, on September 17, an arbitral panel overseeing a related arbitration between Ecuador and Chevron issued a Partial Award in Chevron's favor, holding that contractual releases between Ecuador and Texaco Petroleum, Inc. serve to preclude "diffuse" or "collective" claims for environmental harm against Chevron "made by any individual not claiming personal harm." Ex. G.

Respectfully,

/s/ Randy M. Mastro

Randy M. Mastro
Counsel for Respondent
Chevron Corporation


cc:    All counsel of record