# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand and thirteen,

_____

| | |
|---|---|
| Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, | **ORDER** <br> Docket No. 13-772 |
| Petitioners, | |
| v. | |
| Chevron Corporation, | |
| Respondent, | |
| Steven R. Donziger, The Law Offices of Steven R. Donziger, Donziger & Associates, PLLC, | |
| Movants. | |

_____

IT IS HEREBY ORDERED that on consideration of petitioners' request for permission to supplement the record on Petition for Writ of Mandamus and motion to stay proceedings in the District Court pending disposition of the Petition, it is hereby ORDERED that the request for permission to supplement the record on Petition for Writ of Mandamus is GRANTED.  It is further ORDERED that Respondent Chevron shall file and serve, on or before 4:00 p.m., Monday, September 30, 2013, a response to petitioners' motion to stay proceedings  This Court will defer ruling on that motion for stay until after the time that respondent's response is due on September 30, 2013.  Counsel are advised that they may be asked at oral argument on Thursday, September 26, 2013, about issues related to the motion for stay.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

