SDNY
Kaplan, J
11-cv-691

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of September, two thousand thirteen.

Present:

    Barrington D. Parker,
    Peter W. Hall,
    Debra A. Livingston,
        *Circuit Judges*.

———————

Hugo Gerardo Camacho Naranjo,

Javier Piaguaje Payaguaje,
        *Petitioner*,

v.                                                                                  13-772

Chevron Corporation,
        *Respondent*.

———————

Petitioners Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje, through counsel, petition this Court for a writ of mandamus, seeking to vacate four orders issued by District Judge Lewis A. Kaplan and for reassignment of this action to another district judge. Upon due consideration, it is hereby ORDERED that the mandamus petition, docketed under 13-772-cv, is DENIED. *See In re F.C.C.*, 217 F.3d 125, 133 (2d Cir. 2000) (mandamus standard); *United States v. Robin*, 553 F.2d 8, 10 (2d Cir. 1977) (reassignment standard).

IT IS FURTHER ORDERED that Petitioners' motion for a stay of the district court's proceedings and The Chamber of Commerce of the United States of America's motion to file an *amicus curiae* brief are DENIED as moot.

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

